IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>MICHAEL D. FOSTER,<br>            Defendant. | **4:20PO3000**<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's unopposed motion, (Filing No. 24), is granted.

2) Defendant is permitted to possess firearms and ammunition during the term of his probation.

Dated this 19th day of March, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge